# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDA BELLARBI AND ASSOCIATES, INC., et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-01794-MCE AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On October 8, 2019, defendants filed notice of settlement, acknowledging that dispositional documents were due by December 7, 2019. ECF No. 4. The parties have not filed their dispositional documents. The parties are hereby ORDERED to file dispositional documents no later than January 3, 2020. Failure to comply with this order may result in sanctions pursuant to Local Rule 110.

DATED: December 17, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE